UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| TONY RIPPETO, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:10CV463 CDP |
| | ) | |
| KEITH JOHNSON, d/b/a JOHNSON | ) | |
| COLLISION REPAIR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On May 10, 2010, I entered default judgment in this case against defendant Keith Johnson, d/b/a Johnson Collision Repair, Inc., in the total amount of $3917.00 plus post-judgment interest at the legal rate. In order to collect on this judgment, plaintiffs attempted to depose Johnson on June 21, 2010 pursuant to Fed. R. Civ. P. 69(a). Plaintiffs also requested that Johnson produce certain documents at that time. Johnson failed to appear at the deposition and to produce the requested documents, however, and now plaintiffs move to compel him to appear for a deposition and to produce the documents on August 11, 2010. Plaintiffs support their motion with an affidavit and other evidence. Johnson has not responded to the motion to compel, and the time for doing so has passed. After reviewing the motion and evidence in support, I conclude that it is well taken.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to compel [#11] is granted, and defendant Keith Johnson, d/b/a Johnson Collision Repair, Inc., is required to appear for a deposition and to produce the documents requested by plaintiffs on **August 11, 2010 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall serve a copy of this Order to Keith Johnson, d/b/a Johnson Collision Repair, Inc., 120 Fox Hill Road, St. Charles, MO 63301.

**Failure to comply with the provisions of this Order will result in the imposition of sanctions**.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of July, 2010.